UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Laura Egerman, Esq. (LE-8250)

In Re:

**Adam Timothy Marchick,**

**Debtor,**

Case No.:    19-14180-JKS

Chapter:    7

Hearing Date: <HEARING DATE>

Judge:    John K. Sherwood

## CERTIFICATION REGARDING CALCULATION OF AMOUNT DUE
### (NOTE AND MORTGAGE DATED DECEMBER 11, 2014)

**Chastity Wilson** of full age, employed as **Assistant Secretary** by USAA FEDERAL SAVINGS BANK, hereby certifies the following:

Recorded on December 18, 2014, in Bergen County, in Book 01818 at Page 2105

Property Address: 194 LOUIS ST HACKENSACK, NEW JERSEY 07601
Mortgage Holder: USAA FEDERAL SAVINGS BANK

**1. PAYOFF STATEMENT**

| | |
|---|---|
| Unpaid Principal Balance: | $ 296,375.44 |
| Accrued interest from _____ to _____: | $ 10,309.67 |
| (Interest rate = ___% per year; $ ___ per day x ___ days) | |
| Unearned interest from _____ to _____: | $ |
| Per diem interest from _____ to _____: | $ |
| Late Charges from ___ to ___ ($ ___ /mo. x ___ mos.): | $ |
| Attorney's fees and costs as of _____: | $ |

Advances through February 28, 2019 for:

    Real Estate Taxes:    $ 10,297.28

|  |  |
|---|---|
| Insurance premiums: | $ Included in RE Taxes |
| Other: | $ 0.00 |
| **Sub-Total of Advances:** | $ 10,297.28 |
| Less Escrow Monies: | ($ 0.00) |
| **Net Advances:** | $ 10,297.28 |
| Interest on advances from _____ to _____: | $ 0.00 |
| Other charges: Corporate Advance | $ 5,750.90 |
| Less unearned interest: | ($ 0.00) |
| **TOTAL DUE AS OF March 5, 2019:** | $ 322,733.29 |

Date of last payment[1]: **April 1, 2018**

## II. EQUITY ANALYSIS (When appropriate)

Estimated fair market value of real estate as of March 6, 2019:   $ 331,593.83

*Source: Appraisal

Liens on the real estate:
1. Real estate taxes as of February 28, 2019:   $ 10,309.67
   (Insurance Premiums included above)
2. First Mortgage (principal and interest), as of February 28, 2019:   $ 306,685.11
3. Second Mortgage (principal and interest), as of February 28, 2019:   $ 0.00
4. Other (specify below): Corporate Advance   $ 5,750.90

**TOTAL LIENS:**   ($ 322,733.29)

**APPARENT EQUITY AS OF March 5, 2019:**   $ 0.00

** If negative, insert zero (0).

I certify under penalty of perjury that the above is true.

Date: **March 14, 2019**

Signature: *Chastity Wilson*
Chastity Wilson
Assistant Secretary of
Nationstar Mortgage LLC
d/b/a Mr. Cooper

rev.8/1/15

---

[1] Based on my review of the Servicing Records, the Debtor(s)' account is due for the April 1, 2019 payment.

2