

## State of New Jersey

| | | |
|---|---|---|
| **PHILIP D. MURPHY**<br>*Governor* | DEPARTMENT OF HUMAN SERVICES<br>DIVISION OF FAMILY DEVELOPMENT<br>PO BOX 716<br>TRENTON, NJ 08625-0716 | **CAROLE JOHNSON**<br>*Commissioner* |
| **SHEILA Y. OLIVER**<br>*Lt. Governor* | | **NATASHA JOHNSON**<br>*Director* |

March 18, 2019

James J. Waldron, Clerk of the Court
US Bankruptcy Court, District of NJ
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

       Bankruptcy Filer(s):  Adam T. Marchick
       Bankruptcy Notice:  Chapter 7 Filing
       Bankruptcy Case #:  19-14180/JKS

Dear Mr. Waldron:

The Office of Child Support Services (OCSS) within New Jersey's Division of Family Development (DFD) received your correspondence regarding the filer(s) listed above. We understand that the individual(s) has filed a Chapter 7 filing with the U.S. Bankruptcy Court.

Please be advised that domestic support obligations have first priority in the distribution of funds during bankruptcy proceedings (Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, P.L. 109-8, Title II, Subtitle B "Priority Child Support") and that it is the responsibility of the custodial parent or County Welfare Agency (CWA) to file a proof of claim as the holder of the obligation. OCSS does forward a copy of the Bankruptcy Notice to the Vicinage Probation Office responsible for enforcing the child support order.

Based on the information provided, OCSS performed a search of the automated child support system which revealed the following:

    ☒ There is one or more child support cases linked to the filer(s) being enforced by the following Vicinage Probation Office(s).

           Eilish Bresnan, Assistant Chief Probation Officer
           Bergen County Probation Division/Child Support
           133 River Street
           Hackensack, NJ  07601

    ☐ There is a closed child support case linked to the filer(s). Any child support monies owed at the time of closure have been reduced to a judgment.

    ☐ There is no child support case linked to the filer(s).

*New Jersey Is An Equal Opportunity Employer ● Printed on Recycled Paper and Recyclable*

Please continue to direct any further correspondence to the Office of Child Support Services.  If you have any questions you may call Customer Service at 1-877-655-4371.

I trust this information is helpful to you.

Sincerely,

Patricia Risch
Assistant Director

PR:SA:gk